# Criminal Case Cover Sheet

**U.S. District Court**

**FILED:** REDACTED

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:** The Hon. T.S. Ellis, III

City: | Superseding Indictment: yes - second superseding | **Criminal No.** 1:18cr123

County: Fairfax | Same Defendant: yes | New Defendant: no

Magistrate Judge Case No. | **Arraignment Date:** 2/28/19

Search Warrant Case No. | R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Oscar Contreras Aguilar | Alias(es): Atrevido | ☐ Juvenile FBI No.

**Address:** Virginia Beach Jail

Employment:

**Birth Date:** XX/XX/97 | **SSN:** | **Sex:** Male | **Race:** Hispanic | **Nationality:** El Salvador

**Place of Birth:** El Salvador | Height: | Weight: | Hair: Brown | Eyes: Brown | Scars/Tattoos:

☒ **Interpreter** **Language/Dialect:** Spanish | Auto Description:

## Location/Status:

**Arrest Date:** January 29, 2018 | ☒ Already in Federal Custody as of: January 29, 2018 | in:

☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody

☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested

☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond

## Defense Counsel Information:

**Name:** Michael Arif and Jon Sheldon | ☒ Court Appointed | Counsel Conflicts: see conflict letter

Address: 3975 University Drive, #360, Fairfax, VA 22030 | ☐ Retained

Phone: (703) 323-1200 | ☐ Public Defender | ☒ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Rebeca H. Bellows, Alexander Blanchard | **Phone:** (703) 299-3748, 3818 | Bar No.

## Complainant Agency - Address & Phone No. or Person & Title:

TFO Raymond Betts and FBI Special Agents Paul Fisher and Carlos Fontanez

| U.S.C. Citations: | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 USC 1959(a)(5) | consp to kidnap and murder - racket | 2 | felony |
| Set 2: | 18 USC 1201(c) | conspiracy to kidnap | 4 | felony |
| Date: | February 21, 2019 | AUSA Signature: *Rebeca W Bellow* | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):** _____

| | U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|---|
| Set 3: | | 18 USC 1959(a)(1) & 2 | murder in aid of racketeering | 6 | capital |
| Set 4: | | 18 USC 1201(a)(1) & 2 | kidnapping resulting in death | 8 | capital |
| Set 5: | | | | | |
| Set 6: | | | | | |
| Set 7: | | | | | |
| Set 8: | | | | | |
| Set 9: | | | | | |
| Set 10: | | | | | |
| Set 11: | | | | | |
| Set 12: | | | | | |
| Set 13: | | | | | |
| Set 14: | | | | | |
| Set 15: | | | | | |
| Set 16: | | | | | |
| Set 17: | | | | | |
| Set 18: | | | | | |
| Set 19: | | | | | |
| Set 20: | | | | | |
| Set 21: | | | | | |
| Set 22: | | | | | |
| Set 23: | | | | | |
| Set 24: | | | | | |
| Set 25: | | | | | |

[ Print Form ]   [ Reset Form ]

# Criminal Case Cover Sheet

**U.S. District Court**

**FILED:** REDACTED

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:** The Hon. T.S. Ellis, III

City: [blank]

Superseding Indictment: yes - second superseding

**Criminal No.** 1:18cr123

County: Fairfax

Same Defendant: yes

New Defendant: no

Magistrate Judge Case No. [blank]

**Arraignment Date:** 2/28/19

Search Warrant Case No. [blank]

R. 20/R. 40 From: [blank]

**Defendant Information:**

**Defendant Name:** Elmer Zelaya Martinez   Alias(es): Killer   ☐ Juvenile   FBI No. [blank]

**Address:** Northern Neck Regional Jail

Employment: [blank]

**Birth Date:** xx/xx/90   **SSN:** [blank]   **Sex:** Male   **Race:** Hispanic   **Nationality:** El Salvador

**Place of Birth:** El Salvador   Height: [blank]   Weight: [blank]   Hair: Brown   Eyes: Brown   Scars/Tattoos: [blank]

☒ **Interpreter   Language/Dialect:** Spanish   Auto Description: [blank]

**Location/Status:**

**Arrest Date:** [blank]   ☒ Already in Federal Custody as of: [blank]   in: [blank]

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond [blank]

**Defense Counsel Information:**

**Name:** Rob Jenkins and Manuel Leiva   ☒ Court Appointed   Counsel Conflicts: see conflict letter

**Address:** 1010 Cameron Street, Alexandria, VA 22314   ☐ Retained   [blank]

**Phone:** (703) 309-0899, (703) 352-6400   ☐ Public Defender   ☒ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Rebeca H. Bellows, Alexander Blanchard   **Phone:** (703) 299-3748, 3818   Bar No. [blank]

**Complainant Agency - Address & Phone No. or Person & Title:**

TFO Raymond Betts and FBI Special Agents Paul Fisher and Carlos Fontanez

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1959(a)(5) | consp to kidnap and murder - racket | 1 and 2 | felony |
| Set 2: | 18 USC 1201(c) | conspiracy to kidnap | 3 and 4 | felony |

**Date:** February 21, 2019   **AUSA Signature:** *Rebeca H Bellows*   *may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):** _____

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 1959(a)(1) & 2 | murder in aid of racketeering | 5 and 6 | capital |
| Set 4: | 18 USC 1201(a)(1) & 2 | kidnapping resulting in death | 7 and 8 | capital |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[ Print Form ]          [ Reset Form ]

# Criminal Case Cover Sheet

**FILED:** REDACTED

# U.S. District Court

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:** The Hon. T.S. Ellis, III

City:

Superseding Indictment: yes - second superseding

**Criminal No.** 1:18cr123

County: Fairfax

Same Defendant: yes

New Defendant: no

Magistrate Judge Case No.

**Arraignment Date:** 2/28/19

Search Warrant Case No.

R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Ronald Herrera Contreras

Alias(es): Espeedy

☐ Juvenile   FBI No.

**Address:** Northern Neck Regional Jail or Alexandria Detention Center

Employment:

**Birth Date:** XX/XX/98   **SSN:**   **Sex:** Male   Race: Hispanic   Nationality: El Salvador

**Place of Birth:** El Salvador   Height:   Weight:   Hair: Brown   Eyes: Brown   Scars/Tattoos:

☒ **Interpreter**   **Language/Dialect:** Spanish   Auto Description:

## Location/Status:

Arrest Date: July 2, 2018   ☒ Already in Federal Custody as of:   Jul 2, 2018   in: Alexandria

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:** Lana Manitta, Esq.   ☒ Court Appointed   Counsel Conflicts: see conflict letter

Address: 500 Montgomery St., Suite 600, Alexandria, VA 22314   ☐ Retained

Phone: 703-591-4507   ☐ Public Defender   ☒ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Rebeca H. Bellows, Alexander Blanchard   **Phone:** (703) 299-3748, 3818   Bar No.

## Complaint Agency - Address & Phone No. or Person & Title:

TFO Raymond Betts and FBI Special Agents Paul Fisher and Carlos Fontanez

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1959(a)(5) | consp to kidnap and murder - racket | 1 and 2 | felony |
| Set 2: | 18 USC 1201(c) | conspiracy to kidnap | 3 and 4 | felony |
| Date: | February 21, 2019 | AUSA Signature: *Rebeca H Bellows* | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):** _____

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 1959(a)(1) & 2 | murder in aid of racketeering | 5 and 6 | capital |
| Set 4: | 18 USC 1201(a)(1) & 2 | kidnapping resulting in death | 7 and 8 | capital |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form        Reset Form

## Criminal Case Cover Sheet

**FILED:** REDACTED

## U.S. District Court

**Place of Offense:**  ☒ **Under Seal**

**Judge Assigned:** The Hon. T.S. Ellis, III

City: 

Superseding Indictment: yes - second superseding

**Criminal No.** 1:18cr123

County: Fairfax

Same Defendant: yes

New Defendant: no

Magistrate Judge Case No.: 

**Arraignment Date:** 2/28/19

Search Warrant Case No.: 

R. 20/R. 40 From: 

### Defendant Information:

**Defendant Name:** Henry Zelaya Martinez   Alias(es): Certero   ☐ Juvenile   FBI No.: 

**Address:** Alexandria Detention Center

**Employment:** 

**Birth Date:** xx/xx/93   **SSN:**    **Sex:** Male   **Race:** Hispanic   **Nationality:** El Salvador

**Place of Birth:** El Salvador   **Height:**    **Weight:**    **Hair:** Brown   **Eyes:** Brown   **Scars/Tattoos:** 

☒ **Interpreter**   **Language/Dialect:** Spanish   Auto Description: 

### Location/Status:

**Arrest Date:** Nov 18, 2018   ☒ Already in Federal Custody as of: Nov 19, 2018   in: Alexandria

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond 

### Defense Counsel Information:

**Name:** Russell Twist and Joe King   ☒ Court Appointed   Counsel Conflicts: see conflict letter

Address: 2111 Wilson Boulevard, Arlington, VA 22201   ☐ Retained

Phone: (703) 947-0963. (703) 683-7070   ☐ Public Defender   ☒ Federal Public Conflicted Out

### U.S. Attorney Information:

**AUSA(s):** Rebeca H. Bellows, Alexander Blanchard   **Phone:** (703) 299-3748, 3818   Bar No.: 

### Complainant Agency - Address & Phone No. or Person & Title:

TFO Raymond Betts and FBI Special Agents Paul Fisher and Carlos Fontanez

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1959(a)(5) | consp to kidnap and murder - racket | 1 and 2 | felony |
| Set 2: | 18 USC 1201(c) | conspiracy to kidnap | 3 and 4 | felony |
| Date: | February 21, 2019 | AUSA Signature: *Rebeca H. Bellows* | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):** _____

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 1959(a)(1) & 2 | murder in aid of racketeering | 5 and 6 | capital |
| Set 4: | 18 USC 1201(a)(1) & 2 | kidnapping resulting in death | 7 and 8 | capital |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[ Print Form ]     [ Reset Form ]

# Criminal Case Cover Sheet

**FILED:** REDACTED | **U.S. District Court**

**Place of Offense:** | ☒ **Under Seal** | **Judge Assigned:** The Hon. T.S. Ellis, III

City: | Superseding Indictment: yes - second superseding | **Criminal No.** 1:18cr123

County: Fairfax | Same Defendant: yes | New Defendant: no

Magistrate Judge Case No. | **Arraignment Date:** 2/28/19

Search Warrant Case No. | R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Yonathan Melgar Martinez | Alias(es): Oso | ☐ Juvenile | FBI No.

**Address:** Alexandria Detention Center

Employment:

**Birth Date:** xx/xx/96 | **SSN:** | **Sex:** Male | **Race:** Hispanic | **Nationality:** El Salvador

**Place of Birth:** El Salvador | Height: | Weight: | Hair: Brown | Eyes: Brown | Scars/Tattoos:

☒ **Interpreter** | **Language/Dialect:** Spanish | Auto Description:

## Location/Status:

**Arrest Date:** 5/23/2018 | ☒ Already in Federal Custody as of: 5/23/2018 | in: Alexandria, VA

☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody

☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested

☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond

## Defense Counsel Information:

**Name:** Alan Yamamoto, Ed Ungvarsky | ☒ Court Appointed | Counsel Conflicts: see conflict letter

Address: 643 S. Washington Street, Alexandria, VA 22314 | ☐ Retained

Phone: (703) 684-4700, (571) 207-9710 | ☐ Public Defender | ☒ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Rebeca H. Bellows, Alexander Blanchard | **Phone:** (703) 299-3748, 3818 | Bar No.

## Complaintant Agency - Address & Phone No. or Person & Title:

TFO Raymond Betts and FBI Special Agents Paul Fisher and Carlos Fontanez

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1959(a)(5) | consp to kidnap and murder - racket | 2 | felony |
| Set 2: | 18 USC 1201(c) | conspiracy to kidnap | 4 | felony |
| Date: | February 21, 2019 | AUSA Signature: *Rebeca H Bellows* | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 1959(a)(1) & 2 | murder in aid of racketeering | 6 | capital |
| Set 4: | 18 USC 1201(a)(1) & 2 | kidnapping resulting in death | 8 | capital |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form          Reset Form

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**    ☒ **Under Seal**    **Judge Assigned:** The Hon. T.S. Ellis, III

City:   | Superseding Indictment: yes - second superseding | **Criminal No.** 1:18cr123

County: Fairfax   | Same Defendant: yes   | **New Defendant:** no

Magistrate Judge Case No.   | **Arraignment Date:** 2/28/19

Search Warrant Case No.   | R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Pablo Miguel Velasco Barrera   Alias(es): Oscuro   ☐ Juvenile   FBI No.

**Address:** Alexandria Detention Center

Employment:

**Birth Date:** xx/xx/1998   **SSN:**   **Sex:** Male   Race: Hispanic   Nationality: El Salvador

**Place of Birth:** El Salvador   Height:   Weight:   Hair: Brown   Eyes: Brown   Scars/Tattoos:

☒ **Interpreter**   Language/Dialect: Spanish   Auto Description:

**Location/Status:**

**Arrest Date:** Jun 13, 2018   ☒ Already in Federal Custody as of: Jun 13, 2018   in: Alexandria, VA

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

**Name:** Harry Dennis and Paul Vangellow   ☒ Court Appointed   Counsel Conflicts: see conflict letter

Address: 2045 15th Street N., Arlington, VA 22201   ☐ Retained

Phone: 703-248-0626, 703-241-0506   ☐ Public Defender   ☒ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Rebeca H. Bellows, Alexander Blanchard   **Phone:** (703) 299-3748, 3818   Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

TFO Raymond Betts and FBI Special Agents Paul Fisher and Carlos Fontanez

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1959(a)(5) | consp to kidnap and murder - racket | 1 and 2 | felony |
| Set 2: | 18 USC 1201(c) | conspiracy to kidnap | 3 and 4 | felony |
| Date: | February 21, 2019 | AUSA Signature: _Rebeca H. Bellows_ | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):** _____

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 1959(a)(1) & 2 | murder in aid of racketeering | 5 and 6 | capital |
| Set 4: | 18 USC 1201(a)(1) & 2 | kidnapping resulting in death | 7 and 8 | capital |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form          Reset Form

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:** The Hon. T.S. Ellis, III

City: | Superseding Indictment: yes - second superseding | **Criminal No.** 1:18cr123

County: Fairfax | Same Defendant: yes | New Defendant: no

Magistrate Judge Case No. | **Arraignment Date:** 2/28/19

Search Warrant Case No. | R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Anderson Villatoro Rivera | Alias(es): Enterrador | ☐ Juvenile FBI No.

**Address:** Alexandria Detention Center

Employment:

**Birth Date:** xx/xx/96 | SSN: | **Sex:** Male | Race: Hispanic | Nationality: El Salvador

**Place of Birth:** El Salvador | Height: | Weight: | Hair: Brown | Eyes: Brown | Scars/Tattoos:

☒ **Interpreter** **Language/Dialect:** Spanish | Auto Description:

**Location/Status:**

**Arrest Date:** 5/23/2018 | ☒ Already in Federal Custody as of: 5/23/2018 | in: Alexandria, VA

☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody

☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested

☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond

**Defense Counsel Information:**

**Name:** Jeffrey Zimmerman and Joni Robin | ☒ Court Appointed | Counsel Conflicts: see conflict letter

Address: 108 North Alfred Street, Alexandria, Virginia | ☐ Retained

Phone: 703-548-8911, 703-349-1111 | ☐ Public Defender | ☒ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Rebeca H. Bellows, Alexander Blanchard | **Phone:** (703) 299-3748, 3818 | Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

TFO Raymond Betts and FBI Special Agents Paul Fisher and Carlos Fontanez

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1959(a)(5) | consp to kidnap and murder - racket | 2 | felony |
| Set 2: | 18 USC 1201(c) | conspiracy to kidnap | 4 | felony |
| Date: | February 21, 2019 | AUSA Signature: | *Rebeca H. Bellows* | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):** 

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 1959(a)(1) & 2 | murder in aid of racketeering | 6 | capital |
| Set 4: | 18 USC 1201(a)(1) & 2 | kidnapping resulting in death | 8 | capital |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[ Print Form ]     [ Reset Form ]

# Criminal Case Cover Sheet

**FILED:** REDACTED

## U.S. District Court

**Place of Offense:**

☒ Under Seal

**Judge Assigned:** The Hon. T.S. Ellis, III

City: _____

Superseding Indictment: yes - second superseding

**Criminal No.** 1:18cr123

County: Fairfax

Same Defendant: yes

New Defendant: no

Magistrate Judge Case No. _____

**Arraignment Date:** 2/28/19

Search Warrant Case No. _____

R. 20/R. 40 From: _____

## Defendant Information:

**Defendant Name:** Francisco Avila Avalos    Alias(es): Picador, Punche    ☐ Juvenile    FBI No. _____

**Address:** Alexandria Detention Center

**Employment:** _____

**Birth Date:** xx/xx/97    **SSN:** ____    **Sex:** Male    **Race:** Hispanic    **Nationality:** El Salvador

**Place of Birth:** El Salvador    Height: ____    Weight: ____    Hair: Brown    Eyes: Brown    Scars/Tattoos: ____

☒ **Interpreter Language/Dialect:** Spanish    Auto Description: _____

## Location/Status:

**Arrest Date:** 5/23/2018    ☒ Already in Federal Custody as of: 5/23/2018    in: Alexandria, VA

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond _____

## Defense Counsel Information:

**Name:** Chong Park and Elita Amato    ☒ Court Appointed    Counsel Conflicts: see conflict letter

Address: 108-E South Street, SE, Leesburg, VA 20175    ☐ Retained    _____

Phone: 703-443-0001, 703-522-5900    ☐ Public Defender    ☒ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Rebeca H. Bellows, Alexander Blanchard    **Phone:** (703) 299-3748, 3818    Bar No. _____

## Complainant Agency - Address & Phone No. or Person & Title:

TFO Raymond Betts and FBI Special Agents Paul Fisher and Carlos Fontanez

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1959(a)(5) | consp to kidnap and murder - racket | 1, 2 | felony |
| Set 2: | 18 USC 1201(c) | conspiracy to kidnap | 3, 4 | felony |
| Date: | February 21, 2019 | AUSA Signature: *Rebeca H. Bell* | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):** 

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 1959(a)(1) & 2 | murder in aid of racketeering | 5, 6 | capital |
| Set 4: | 18 USC 1201(a)(1) & 2 | kidnapping resulting in death | 7, 8 | capital |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form      Reset Form

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:** The Hon. T.S. Ellis, III

City: 

Superseding Indictment: yes - second superseding

**Criminal No.** 1:18cr123

County: Fairfax

Same Defendant: yes

New Defendant: no

Magistrate Judge Case No. 

**Arraignment Date:** 2/28/19

Search Warrant Case No. 

R. 20/R. 40 From: 

## Defendant Information:

**Defendant Name:** Fredys Baires Abarca    Alias(es): Lil Clandestino    ☐ Juvenile  FBI No. 

**Address:** Alexandria Detention Center

Employment: 

**Birth Date:** x/xx/97    **SSN:**    **Sex:** Male    Race: Hispanic    Nationality: El Salvador

**Place of Birth:** El Salvador    Height:    Weight:    Hair: Brown    Eyes: Brown    Scars/Tattoos: 

☒ **Interpreter**  **Language/Dialect:** Spanish    Auto Description: 

## Location/Status:

**Arrest Date:** May 23, 2018    ☒ Already in Federal Custody as of:    May 23, 2018    in: Alexandria, VA

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond 

## Defense Counsel Information:

**Name:** Dan Lopez and Bernadette Donovan    ☒ Court Appointed    Counsel Conflicts: see conflict letter

Address: 1921 Gallows Road, Suite750, Tysons Corner, VA    ☐ Retained

Phone: 703-883-0880, 1-800-428-5214    ☐ Public Defender    ☒ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Rebeca H. Bellows, Alexander Blanchard    **Phone:** (703) 299-3748, 3818    Bar No. 

## Complainant Agency - Address & Phone No. or Person & Title:

TFO Raymond Betts and FBI Special Agents Paul Fisher and Carlos Fontanez

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1959(a)(5) | consp to kidnap and murder - racket | 2 | felony |
| Set 2: | 18 USC 1201(c) | conspiracy to kidnap | 4 | felony |
| Date: | February 21, 2019 | AUSA Signature: *Rebeca H Bellows* | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 1959(a)(1) & 2 | murder in aid of racketeering | 6 | capital |
| Set 4: | 18 USC 1201(a)(1) & 2 | kidnapping resulting in death | 8 | capital |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[ Print Form ]          [ Reset Form ]

# Criminal Case Cover Sheet

**FILED:** REDACTED

# U.S. District Court

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:** The Hon. T.S. Ellis, III

City:

Superseding Indictment: yes - second superseding

**Criminal No.** 1:18cr123

County: Fairfax

Same Defendant: no

New Defendant: yes

Magistrate Judge Case No. 1:19mj43

**Arraignment Date:** 2/28/19

Search Warrant Case No.

R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Duglas Ramirez Ferrera     Alias(es): Mortal, Darwin     ☐ Juvenile  FBI No.

**Address:** Alexandria Detention Center

**Employment:**

**Birth Date:** xx/xx/97   **SSN:**   **Sex:** Male   **Race:** Hispanic   **Nationality:** El Salvador

**Place of Birth:** El Salvador   Height:   Weight:   Hair: Brown   Eyes: Brown   Scars/Tattoos:

☒ **Interpreter  Language/Dialect:** Spanish   Auto Description:

**Location/Status:**

**Arrest Date:** January 24, 2019   ☒ Already in Federal Custody as of:   January 24, 2019   in: Alexandria, VA

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

**Defense Counsel Information:**

**Name:** Pleasant Brodnax and Michael Chick   ☒ Court Appointed   Counsel Conflicts: see conflict letter

Address: 1701 Pennsylvania Ave., #200, Washington DC 20006   ☐ Retained

Phone: 202-462-1100, 571-276-8279   ☐ Public Defender   ☒ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Rebeca H. Bellows, Alexander Blanchard   **Phone:** (703) 299-3748, 3818   Bar No.

**Complaintant Agency - Address & Phone No. or Person & Title:**

TFO Raymond Betts and FBI Special Agents Paul Fisher and Carlos Fontanez

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1959(a)(5) | consp to kidnap and murder - racket | 1, 2 | felony |
| Set 2: | 18 USC 1201(c) | conspiracy to kidnap | 3, 4 | felony |
| Date: | February 21, 2019 | AUSA Signature: *Rebeca H Bellows* | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 1959(a)(1) & 2 | murder in aid of racketeering | 5, 6 | capital |
| Set 4: | 18 USC 1201(a)(1) & 2 | kidnapping resulting in death | 7, 8 | capital |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form     Reset Form

## Criminal Case Cover Sheet

**FILED:** REDACTED

## U.S. District Court

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:** The Hon. T.S. Ellis, III

City: | Superseding Indictment: yes - second superseding | **Criminal No.** 1:18cr123

County: Fairfax | Same Defendant: no | New Defendant: yes

Magistrate Judge Case No. | **Arraignment Date:** 2/28/19

Search Warrant Case No. | R. 20/R. 40 From:

### Defendant Information:

**Defendant Name:** Edenilson Misael Alfaro | Alias(es): Lil Sicario | ☐ Juvenile FBI No.

**Address:** Marin County, California jail

Employment:

**Birth Date:** xx/xx/94 | **SSN:** | **Sex:** Male | Race: Hispanic | Nationality: El Salvador

**Place of Birth:** El Salvador | Height: | Weight: | Hair: Brown | Eyes: Brown | Scars/Tattoos:

☒ **Interpreter** **Language/Dialect:** Spanish | Auto Description:

### Location/Status:

**Arrest Date:** | ☒ Already in Federal Custody as of: | in:

☒ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody

☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested

☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond

### Defense Counsel Information:

**Name:** | ☒ Court Appointed | Counsel Conflicts: see conflict letter

**Address:** | ☐ Retained |

**Phone:** | ☐ Public Defender | ☒ Federal Public Conflicted Out

### U.S. Attorney Information:

**AUSA(s):** Rebeca H. Bellows, Alexander Blanchard | **Phone:** (703) 299-3748, 3818 | Bar No.

### Complaint Agency - Address & Phone No. or Person & Title:

TFO Raymond Betts and FBI Special Agents Paul Fisher and Carlos Fontanez

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1959(a)(5) | consp to kidnap and murder - racket | 1, 2 | felony |
| Set 2: | 18 USC 1201(c) | conspiracy to kidnap | 3, 4 | felony |
| Date: | February 21, 2019 | AUSA Signature: *Rebeca H Bellows* | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):** [                    ]

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 USC 1959(a)(1) & 2 | murder in aid of racketeering | 5, 6 | capital |
| Set 4: | 18 USC 1201(a)(1) & 2 | kidnapping resulting in death | 7, 8 | capital |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[ Print Form ]     [ Reset Form ]